**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 08- 124 |
| BERNAMINO LOPEZ-MORALES, (a/k/a Julio Lopez-Morales) | ) ) ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about March 31, 2008, in the State and District of Delaware, the defendant, BERNAMINO LOPEZ-MORALES, a/k/a JULIO LOPEZ-MORALES, an alien and citizen of Mexico, was found in the United States after having been deported therefrom on or about January 2, 2007, at or near York, Pennsylvania, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Edward J. McAndrew
Assistant United States Attorney

Dated: August 14, 2008